IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| NARESA JAN CUNNINGHAM, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:12-cv-00100 FPS |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 29th day of July, 2013, I served the foregoing "PLAINTIFF'S ANSWERS TO UNITED STATES' FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS" upon the below-listed individuals via one or more of the following methods: (1) electronic notification through the Court's CM/ECF system; and/or (2) facsimile, and/or (3) depositing true copies in the United States Mail, postage prepaid, in envelopes addressed as follows:

Alan G. McGonigal, Esquire
Assistant United States Attorney
P. O. Box 591
Wheeling, WV 26003

Gerald A. Role, Esquire
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044

/s/ Richard R. Marsh